FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RAESHAUN BELL,<br><br>                   Plaintiff,<br><br>v.<br><br>T. THOMAS, et al.,<br><br>                  Defendants. | Case No. CV 09-08639 SJO (E)<br><br>[~~PROPOSED~~] ORDER |

    In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement agreement.

    **IT IS SO ORDERED.**

Dated: 3/27/12

The Honorable Steven J. Otero

LA2010500796/60751248.doc

1